```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-14332-CIV-GRAHAM
                                      (03-14033-CR-MIDDLEBROOKS)
                              MAGISTRATE JUDGE P.A. WHITE
```

KYLE EBRITE WILLIAMS,           :

    Movant,                     :

v.                              :          REPORT OF
                                           MAGISTRATE JUDGE
UNITED STATES OF AMERICA,       :

    Respondent.                 :
_____

    The *pro-se* petitioner, Kyle Ebrite Williams has filed a notice of appeal (DE#17), and a motion for certificate of appealability (DE#18. The motions have been referred to the Undersigned Magistrate Judge. (DE#21).

    The history of this case is as follows: The petitioner filed a motion to vacate his judgment and sentence in case no. 03-14033-Cr-Middlebrooks.  A Report was entered on February 3, 2009, recommending that the motion, assigned case no. 08-14332-civ-Graham be denied. The petitioner filed objections to the Report and Recommendation, entered on February 25, 2009. An Order was entered on that same date, adopting the Report and Recommendation and denying the motion to vacate. (DE#12). In the Order, United States District Judge Donald Graham stated that the time had passed for filing objections. The petitioner then refiled his objections to the Report on March 11, 2009, with a motion to set aside the order

adopting the Report and recommendation, pursuant to Rule 60(b). This was denied by Judge Graham on March 18, 2009.

The petitioner has filed a notice of appeal and certificate of appealability stating that his objections were timely filed (DE#17 and 18).

Close review of the pleadings reveals that, although the petitioner's objections were docketed on February 25, 2009, he signed the objections on February 11, 2009.[1] (DE#11 at 7). Therefore the petitioner's initial objections to the Report and Recommendation were timely filed.

It is therefore recommended as follows:

1.  The Order Adopting the Report and Recommendation (DE#12) should be vacated.

2.  The Objections to the Report and Recommendation (DE#11) should be reviewed, and a new Order then entered.

3.  The petitioner's motion for certificate of appealability

---

[1] A pro se prisoner's pleading is deemed filed when delivered to prison officials, for purposes of the AEDPA one-year limitation period. Adams v. United States, 173 F.3d 1339, (11 Cir. 1999).

2

and notice of appeal should then be denied as moot. (DE#17 & 18)

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 17th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Kyle Ebrite Williams, Pro Se
    Reg. No. 74793-004
    FCI-Forth Worth
    Address of Record