UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-14332-CIV-GRAHAM

KYLE EBRITE WILLIAMS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Petitioner's Motion for Certificate of Appealability [D.E. 18, 20].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 21]. Petitioner initially filed a motion to vacate his judgment and sentence [D.E. 1]. The undersigned agreed with the Magistrate Judge's recommendation in finding that the initial motion to vacate should be denied. [See D.E. 10, 12.] Petitioner filed objections that, upon the Magistrate Judge's recommendation, the undersigned reviews as timely. [See D.E. 24.] Petitioner filed the instant motion for a certificate of appealability [D.E. 18, 20] arguing that his objections were timely filed.

**THE COURT** has conducted an independent review of the entire record and is otherwise fully advised in the premises. The Court has reconsidered the initial Report and Recommendation [D.E. 10]

and Petitioner's objections [D.E. 11].  Petitioner's objections have no merit.  Nonetheless, to clarify the record, the Court will vacate is prior order adopting the initial report [D.E.12] and herein conclusively rule upon the motion to vacate having considered the objections.  Based on the foregoing, it is hereby

**ORDERED AND ADJUDGED** that the previous Order adopting the Report and Recommendation [D.E. 12] is **VACATED**.  It is further

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 10] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Movant's Motion to Vacate Under 28 U.S.C. § 2255 [D.E. 1] is **DENIED**.  It is further

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 24]is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety

**ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate of Appealability [D.E. 18, 20] is **DENIED AS MOOT** and this case remains  administratively **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of June, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Kyle Ebrite Williams, <u>Pro Se</u>
     Counsel of Record